UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :      14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                                  :      14-MC-2573 (VEC)
ANTITRUST LITIGATION                                         :
                                                             :      **ORDER NO. 6**
*This Document Relates to All Actions*                       :
------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/27/2016
```

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 29, 2015, Defendants The Bank of Nova Scotia, Deutsche Bank AG and HSBC Bank USA N.A., (collectively, along with their affiliated entities, the "Fixing Defendants") filed a Motion to Dismiss Plaintiffs' Second Consolidated Amended Class Action Complaint (Dkts. 75-76), which Plaintiffs have opposed (Dkt. 84); and

   WHEREAS the Court finds that it would benefit from hearing oral argument on the Fixing Defendants' pending Motion to Dismiss;

   IT IS HEREBY ORDERED that the parties shall appear for oral argument before the Court on Tuesday, February 16, 2016 at 2:00 p.m. in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007. In advance of the hearing date, the Court may provide the parties with a list of questions or topics of particular interest.

**SO ORDERED.**

Date:  **January 27, 2016**
       **New York, New York**                          **VALERIE CAPRONI**
                                                       **United States District Judge**