# **Appendix A**













