# APPENDIX B



























