# APPENDIX C











June 25, 2008
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $16.70















October 8, 2008
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $11.65



November 3, 2008
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $10.05



















January 14, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



February 12, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)















