



















September 7, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



October 2, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



October 23, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $17.65



November 25, 2009
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $18.63







March 11, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $16.91



May 18, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $18.82







September 1, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)







October 15, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



November 10, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



November 29, 2010
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $26.74











