

**February 25, 2011
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $32.54



**March 10, 2011
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $35.19



















**September 13, 2011
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $40.02



**September 20, 2011
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $39.18































December 29, 2011
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



January 13, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



January 23, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $32.45



January 24, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $31.95



