













October 3, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



October 30, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



December 3, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $33.42



December 19, 2012
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)

Fixing Price: $31.37























September 4, 2013
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



September 11, 2013
Silver Spot and Futures Prices
(Vertical bar represents the start of the London Fixing call)



**September 17, 2013
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $21.97



**October 9, 2013
Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $22.10



October 15, 2013
Silver Spot and Futures Prices

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $20.49



October 24, 2013
Silver Spot and Futures Prices

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $22.67



**November 1, 2013**
**Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $21.75



**December 3, 2013**
**Silver Spot and Futures Prices**

(Vertical bar represents the start of the London Fixing call)

Fixing Price: $19.17





