# APPENDIX D

## Preliminary List of Days on Which
## Defendants' Conduct Resulted in an Artifical
## Suppression of Silver Prices

| | | | |
|---|---|---|---|
| January 2, 2007 | May 16, 2007 | September 24, 2007 | January 21, 2008 |
| January 12, 2007 | May 18, 2007 | September 25, 2007 | January 23, 2008 |
| January 15, 2007 | May 21, 2007 | October 1, 2007 | January 28, 2008 |
| January 17, 2007 | May 29, 2007 | October 2, 2007 | January 29, 2008 |
| January 18, 2007 | May 30, 2007 | October 3, 2007 | January 31, 2008 |
| January 26, 2007 | May 31, 2007 | October 5, 2007 | February 7, 2008 |
| January 30, 2007 | June 4, 2007 | October 8, 2007 | February 8, 2008 |
| February 1, 2007 | June 6, 2007 | October 9, 2007 | February 13, 2008 |
| February 2, 2007 | June 8, 2007 | October 10, 2007 | February 14, 2008 |
| February 5, 2007 | June 13, 2007 | October 11, 2007 | February 18, 2008 |
| February 7, 2007 | June 14, 2007 | October 15, 2007 | February 19, 2008 |
| February 8, 2007 | June 15, 2007 | October 16, 2007 | February 20, 2008 |
| February 21, 2007 | July 2, 2007 | October 17, 2007 | February 29, 2008 |
| February 23, 2007 | July 4, 2007 | October 18, 2007 | March 5, 2008 |
| February 26, 2007 | July 5, 2007 | October 22, 2007 | March 6, 2008 |
| March 5, 2007 | July 6, 2007 | October 23, 2007 | March 10, 2008 |
| March 7, 2007 | July 10, 2007 | October 24, 2007 | March 13, 2008 |
| March 8, 2007 | July 13, 2007 | October 26, 2007 | March 14, 2008 |
| March 13, 2007 | July 17, 2007 | October 30, 2007 | March 25, 2008 |
| March 14, 2007 | July 18, 2007 | November 5, 2007 | March 26, 2008 |
| March 15, 2007 | July 20, 2007 | November 6, 2007 | March 27, 2008 |
| March 22, 2007 | July 27, 2007 | November 7, 2007 | April 2, 2008 |
| March 26, 2007 | August 1, 2007 | November 9, 2007 | April 3, 2008 |
| April 2, 2007 | August 2, 2007 | November 16, 2007 | April 9, 2008 |
| April 3, 2007 | August 3, 2007 | November 19, 2007 | April 14, 2008 |
| April 4, 2007 | August 8, 2007 | November 20, 2007 | April 15, 2008 |
| April 5, 2007 | August 9, 2007 | November 23, 2007 | April 17, 2008 |
| April 10, 2007 | August 15, 2007 | December 3, 2007 | April 22, 2008 |
| April 13, 2007 | August 17, 2007 | December 6, 2007 | April 23, 2008 |
| April 17, 2007 | August 23, 2007 | December 7, 2007 | April 25, 2008 |
| April 18, 2007 | August 24, 2007 | December 10, 2007 | April 28, 2008 |
| April 20, 2007 | August 31, 2007 | December 11, 2007 | April 30, 2008 |
| April 23, 2007 | September 4, 2007 | December 19, 2007 | May 2, 2008 |
| April 24, 2007 | September 6, 2007 | December 20, 2007 | May 6, 2008 |
| May 2, 2007 | September 10, 2007 | December 24, 2007 | May 12, 2008 |
| May 3, 2007 | September 13, 2007 | December 28, 2007 | May 14, 2008 |
| May 4, 2007 | September 14, 2007 | December 31, 2007 | May 20, 2008 |
| May 9, 2007 | September 17, 2007 | January 4, 2008 | May 22, 2008 |
| May 14, 2007 | September 19, 2007 | January 11, 2008 | May 28, 2008 |
| May 15, 2007 | September 21, 2007 | January 15, 2008 | May 30, 2008 |

| | | | |
|---|---|---|---|
| June 4, 2008 | October 8, 2008 | January 20, 2009 | May 15, 2009 |
| June 5, 2008 | October 9, 2008 | January 23, 2009 | May 18, 2009 |
| June 6, 2008 | October 14, 2008 | January 27, 2009 | May 19, 2009 |
| June 9, 2008 | October 16, 2008 | January 28, 2009 | May 20, 2009 |
| June 11, 2008 | October 17, 2008 | January 29, 2009 | May 21, 2009 |
| June 13, 2008 | October 22, 2008 | January 30, 2009 | May 22, 2009 |
| June 18, 2008 | October 23, 2008 | February 10, 2009 | May 26, 2009 |
| June 19, 2008 | October 24, 2008 | February 12, 2009 | May 27, 2009 |
| June 30, 2008 | October 28, 2008 | February 13, 2009 | June 2, 2009 |
| July 2, 2008 | October 29, 2008 | February 16, 2009 | June 4, 2009 |
| July 3, 2008 | October 31, 2008 | February 18, 2009 | June 8, 2009 |
| July 4, 2008 | November 3, 2008 | February 20, 2009 | June 9, 2009 |
| July 7, 2008 | November 4, 2008 | February 23, 2009 | June 11, 2009 |
| July 8, 2008 | November 5, 2008 | February 25, 2009 | June 12, 2009 |
| July 9, 2008 | November 6, 2008 | March 3, 2009 | June 15, 2009 |
| July 11, 2008 | November 7, 2008 | March 6, 2009 | June 17, 2009 |
| July 14, 2008 | November 10, 2008 | March 10, 2009 | June 18, 2009 |
| July 17, 2008 | November 11, 2008 | March 11, 2009 | June 19, 2009 |
| July 18, 2008 | November 12, 2008 | March 12, 2009 | June 22, 2009 |
| July 23, 2008 | November 14, 2008 | March 13, 2009 | June 23, 2009 |
| July 30, 2008 | November 17, 2008 | March 16, 2009 | June 24, 2009 |
| July 31, 2008 | November 19, 2008 | March 17, 2009 | June 25, 2009 |
| August 1, 2008 | November 21, 2008 | March 23, 2009 | June 26, 2009 |
| August 5, 2008 | November 25, 2008 | March 25, 2009 | July 1, 2009 |
| August 6, 2008 | November 27, 2008 | March 26, 2009 | July 2, 2009 |
| August 7, 2008 | November 28, 2008 | March 27, 2009 | July 3, 2009 |
| August 8, 2008 | December 3, 2008 | March 30, 2009 | July 6, 2009 |
| August 11, 2008 | December 8, 2008 | April 1, 2009 | July 10, 2009 |
| August 15, 2008 | December 9, 2008 | April 2, 2009 | July 13, 2009 |
| August 18, 2008 | December 10, 2008 | April 6, 2009 | July 15, 2009 |
| August 26, 2008 | December 11, 2008 | April 7, 2009 | July 16, 2009 |
| August 27, 2008 | December 12, 2008 | April 8, 2009 | July 17, 2009 |
| August 29, 2008 | December 15, 2008 | April 14, 2009 | July 21, 2009 |
| September 1, 2008 | December 16, 2008 | April 16, 2009 | July 22, 2009 |
| September 3, 2008 | December 17, 2008 | April 17, 2009 | July 23, 2009 |
| September 9, 2008 | December 19, 2008 | April 24, 2009 | July 30, 2009 |
| September 11, 2008 | December 23, 2008 | April 27, 2009 | August 4, 2009 |
| September 15, 2008 | December 24, 2008 | April 28, 2009 | August 11, 2009 |
| September 24, 2008 | December 31, 2008 | April 29, 2009 | August 12, 2009 |
| September 26, 2008 | January 2, 2009 | May 1, 2009 | August 13, 2009 |
| September 30, 2008 | January 6, 2009 | May 8, 2009 | August 14, 2009 |
| October 1, 2008 | January 8, 2009 | May 11, 2009 | August 17, 2009 |
| October 6, 2008 | January 13, 2009 | May 12, 2009 | August 18, 2009 |
| October 7, 2008 | January 19, 2009 | May 13, 2009 | August 19, 2009 |

| | | | |
|---|---|---|---|
| August 25, 2009 | January 7, 2010 | June 4, 2010 | November 2, 2010 |
| August 26, 2009 | January 12, 2010 | June 7, 2010 | November 4, 2010 |
| August 27, 2009 | January 18, 2010 | June 10, 2010 | November 5, 2010 |
| September 1, 2009 | January 19, 2010 | June 22, 2010 | November 8, 2010 |
| September 2, 2009 | January 21, 2010 | June 24, 2010 | November 12, 2010 |
| September 4, 2009 | January 26, 2010 | June 25, 2010 | November 15, 2010 |
| September 7, 2009 | January 29, 2010 | July 2, 2010 | November 19, 2010 |
| September 9, 2009 | February 1, 2010 | July 6, 2010 | November 22, 2010 |
| September 10, 2009 | February 4, 2010 | July 7, 2010 | November 23, 2010 |
| September 14, 2009 | February 9, 2010 | July 9, 2010 | November 24, 2010 |
| September 15, 2009 | February 11, 2010 | July 13, 2010 | November 25, 2010 |
| September 21, 2009 | February 12, 2010 | July 16, 2010 | November 26, 2010 |
| September 24, 2009 | February 15, 2010 | July 20, 2010 | November 29, 2010 |
| September 25, 2009 | February 18, 2010 | July 22, 2010 | November 30, 2010 |
| September 28, 2009 | February 24, 2010 | July 26, 2010 | December 2, 2010 |
| September 29, 2009 | February 26, 2010 | August 2, 2010 | December 3, 2010 |
| October 1, 2009 | March 1, 2010 | August 3, 2010 | December 6, 2010 |
| October 14, 2009 | March 9, 2010 | August 4, 2010 | December 8, 2010 |
| October 16, 2009 | March 11, 2010 | August 6, 2010 | December 9, 2010 |
| October 21, 2009 | March 15, 2010 | August 10, 2010 | December 15, 2010 |
| October 23, 2009 | March 16, 2010 | August 12, 2010 | December 17, 2010 |
| October 26, 2009 | March 22, 2010 | August 13, 2010 | December 20, 2010 |
| October 27, 2009 | March 23, 2010 | August 16, 2010 | December 21, 2010 |
| October 29, 2009 | March 31, 2010 | August 17, 2010 | December 23, 2010 |
| November 3, 2009 | April 6, 2010 | August 18, 2010 | December 24, 2010 |
| November 10, 2009 | April 7, 2010 | August 20, 2010 | December 30, 2010 |
| November 16, 2009 | April 8, 2010 | August 23, 2010 | December 31, 2010 |
| November 17, 2009 | April 15, 2010 | August 24, 2010 | January 5, 2011 |
| November 18, 2009 | April 19, 2010 | August 31, 2010 | January 6, 2011 |
| November 19, 2009 | April 21, 2010 | September 6, 2010 | January 7, 2011 |
| November 20, 2009 | April 23, 2010 | September 7, 2010 | January 10, 2011 |
| November 25, 2009 | April 27, 2010 | September 15, 2010 | January 12, 2011 |
| November 26, 2009 | April 28, 2010 | September 23, 2010 | January 13, 2011 |
| November 27, 2009 | May 5, 2010 | September 27, 2010 | January 17, 2011 |
| November 30, 2009 | May 7, 2010 | September 28, 2010 | January 21, 2011 |
| December 2, 2009 | May 11, 2010 | October 1, 2010 | January 25, 2011 |
| December 7, 2009 | May 13, 2010 | October 8, 2010 | January 28, 2011 |
| December 14, 2009 | May 14, 2010 | October 12, 2010 | January 31, 2011 |
| December 15, 2009 | May 18, 2010 | October 13, 2010 | February 2, 2011 |
| December 21, 2009 | May 24, 2010 | October 14, 2010 | February 7, 2011 |
| December 22, 2009 | May 25, 2010 | October 15, 2010 | February 8, 2011 |
| December 23, 2009 | June 1, 2010 | October 22, 2010 | February 10, 2011 |
| January 5, 2010 | June 2, 2010 | October 25, 2010 | February 11, 2011 |
| January 6, 2010 | June 3, 2010 | October 26, 2010 | February 17, 2011 |

| | | | |
|---|---|---|---|
| February 22, 2011 | June 9, 2011 | October 4, 2011 | January 11, 2012 |
| February 25, 2011 | June 13, 2011 | October 5, 2011 | January 13, 2012 |
| February 28, 2011 | June 14, 2011 | October 6, 2011 | January 16, 2012 |
| March 1, 2011 | June 15, 2011 | October 11, 2011 | January 18, 2012 |
| March 4, 2011 | June 20, 2011 | October 13, 2011 | January 20, 2012 |
| March 8, 2011 | June 22, 2011 | October 18, 2011 | January 23, 2012 |
| March 9, 2011 | June 24, 2011 | October 20, 2011 | January 24, 2012 |
| March 10, 2011 | July 1, 2011 | October 21, 2011 | January 25, 2012 |
| March 11, 2011 | July 4, 2011 | October 26, 2011 | January 26, 2012 |
| March 14, 2011 | July 6, 2011 | October 27, 2011 | January 30, 2012 |
| March 15, 2011 | July 7, 2011 | October 28, 2011 | February 1, 2012 |
| March 18, 2011 | July 8, 2011 | October 31, 2011 | February 2, 2012 |
| March 22, 2011 | July 12, 2011 | November 1, 2011 | February 6, 2012 |
| March 23, 2011 | July 15, 2011 | November 3, 2011 | February 7, 2012 |
| March 25, 2011 | July 20, 2011 | November 4, 2011 | February 8, 2012 |
| March 28, 2011 | July 26, 2011 | November 7, 2011 | February 9, 2012 |
| March 29, 2011 | July 29, 2011 | November 8, 2011 | February 10, 2012 |
| March 31, 2011 | August 1, 2011 | November 10, 2011 | February 15, 2012 |
| April 5, 2011 | August 9, 2011 | November 11, 2011 | February 16, 2012 |
| April 6, 2011 | August 12, 2011 | November 14, 2011 | February 21, 2012 |
| April 12, 2011 | August 16, 2011 | November 15, 2011 | February 22, 2012 |
| April 13, 2011 | August 19, 2011 | November 17, 2011 | February 27, 2012 |
| April 14, 2011 | August 22, 2011 | November 21, 2011 | March 1, 2012 |
| April 18, 2011 | August 23, 2011 | November 22, 2011 | March 14, 2012 |
| April 27, 2011 | August 24, 2011 | November 23, 2011 | March 15, 2012 |
| April 28, 2011 | August 25, 2011 | November 30, 2011 | March 16, 2012 |
| May 3, 2011 | August 31, 2011 | December 2, 2011 | March 19, 2012 |
| May 4, 2011 | September 1, 2011 | December 5, 2011 | March 20, 2012 |
| May 6, 2011 | September 5, 2011 | December 6, 2011 | March 21, 2012 |
| May 10, 2011 | September 6, 2011 | December 7, 2011 | March 23, 2012 |
| May 12, 2011 | September 7, 2011 | December 12, 2011 | March 27, 2012 |
| May 13, 2011 | September 9, 2011 | December 15, 2011 | March 28, 2012 |
| May 16, 2011 | September 12, 2011 | December 19, 2011 | March 29, 2012 |
| May 17, 2011 | September 13, 2011 | December 20, 2011 | March 30, 2012 |
| May 20, 2011 | September 14, 2011 | December 22, 2011 | April 2, 2012 |
| May 23, 2011 | September 16, 2011 | December 23, 2011 | April 5, 2012 |
| May 24, 2011 | September 19, 2011 | December 28, 2011 | April 10, 2012 |
| May 25, 2011 | September 20, 2011 | December 29, 2011 | April 12, 2012 |
| May 26, 2011 | September 21, 2011 | December 30, 2011 | April 16, 2012 |
| May 27, 2011 | September 23, 2011 | January 3, 2012 | April 19, 2012 |
| June 2, 2011 | September 26, 2011 | January 4, 2012 | April 26, 2012 |
| June 3, 2011 | September 28, 2011 | January 5, 2012 | May 1, 2012 |
| June 6, 2011 | September 29, 2011 | January 6, 2012 | May 2, 2012 |
| June 8, 2011 | September 30, 2011 | January 9, 2012 | May 3, 2012 |

| | | | |
|---|---|---|---|
| May 4, 2012 | August 15, 2012 | December 27, 2012 | May 10, 2013 |
| May 9, 2012 | August 16, 2012 | December 31, 2012 | May 15, 2013 |
| May 11, 2012 | August 17, 2012 | January 3, 2013 | May 16, 2013 |
| May 14, 2012 | August 20, 2012 | January 4, 2013 | May 17, 2013 |
| May 16, 2012 | August 21, 2012 | January 8, 2013 | May 21, 2013 |
| May 17, 2012 | August 22, 2012 | January 9, 2013 | May 23, 2013 |
| May 18, 2012 | August 24, 2012 | January 10, 2013 | May 24, 2013 |
| May 21, 2012 | August 29, 2012 | January 16, 2013 | June 5, 2013 |
| May 22, 2012 | September 3, 2012 | January 17, 2013 | June 6, 2013 |
| May 23, 2012 | September 4, 2012 | January 21, 2013 | June 10, 2013 |
| May 25, 2012 | September 5, 2012 | January 22, 2013 | June 11, 2013 |
| May 28, 2012 | September 7, 2012 | January 28, 2013 | June 13, 2013 |
| May 30, 2012 | September 13, 2012 | January 30, 2013 | June 14, 2013 |
| June 1, 2012 | September 18, 2012 | February 4, 2013 | June 18, 2013 |
| June 7, 2012 | September 20, 2012 | February 6, 2013 | June 19, 2013 |
| June 8, 2012 | September 24, 2012 | February 19, 2013 | June 20, 2013 |
| June 14, 2012 | September 27, 2012 | February 20, 2013 | June 21, 2013 |
| June 15, 2012 | October 8, 2012 | February 21, 2013 | June 24, 2013 |
| June 18, 2012 | October 9, 2012 | February 26, 2013 | June 25, 2013 |
| June 22, 2012 | October 10, 2012 | February 27, 2013 | June 27, 2013 |
| June 25, 2012 | October 12, 2012 | March 1, 2013 | July 1, 2013 |
| June 27, 2012 | October 15, 2012 | March 6, 2013 | July 3, 2013 |
| July 4, 2012 | October 16, 2012 | March 8, 2013 | July 9, 2013 |
| July 6, 2012 | October 17, 2012 | March 14, 2013 | July 11, 2013 |
| July 10, 2012 | October 19, 2012 | March 18, 2013 | July 12, 2013 |
| July 12, 2012 | October 22, 2012 | March 19, 2013 | July 15, 2013 |
| July 16, 2012 | October 23, 2012 | March 21, 2013 | July 16, 2013 |
| July 18, 2012 | October 26, 2012 | March 25, 2013 | July 19, 2013 |
| July 20, 2012 | October 30, 2012 | March 27, 2013 | July 23, 2013 |
| July 23, 2012 | November 1, 2012 | March 28, 2013 | July 25, 2013 |
| July 24, 2012 | November 2, 2012 | April 1, 2013 | July 29, 2013 |
| July 26, 2012 | November 5, 2012 | April 2, 2013 | July 30, 2013 |
| July 27, 2012 | November 8, 2012 | April 3, 2013 | August 2, 2013 |
| July 30, 2012 | November 9, 2012 | April 4, 2013 | August 5, 2013 |
| July 31, 2012 | November 14, 2012 | April 9, 2013 | August 7, 2013 |
| August 1, 2012 | November 15, 2012 | April 10, 2013 | August 8, 2013 |
| August 2, 2012 | November 16, 2012 | April 15, 2013 | August 12, 2013 |
| August 3, 2012 | November 21, 2012 | April 17, 2013 | August 14, 2013 |
| August 6, 2012 | November 22, 2012 | April 22, 2013 | August 15, 2013 |
| August 8, 2012 | December 3, 2012 | April 23, 2013 | August 16, 2013 |
| August 9, 2012 | December 7, 2012 | April 24, 2013 | August 20, 2013 |
| August 10, 2012 | December 19, 2012 | April 25, 2013 | August 21, 2013 |
| August 12, 2012 | December 21, 2012 | April 26, 2013 | August 23, 2013 |
| August 13, 2012 | December 24, 2012 | April 29, 2013 | August 29, 2013 |

| | |
|---|---|
| September 2, 2013 | December 12, 2013 |
| September 4, 2013 | December 16, 2013 |
| September 5, 2013 | December 19, 2013 |
| September 6, 2013 | December 20, 2013 |
| September 9, 2013 | December 23, 2013 |
| September 10, 2013 | December 27, 2013 |
| September 11, 2013 | December 30, 2013 |
| September 13, 2013 | |
| September 18, 2013 | |
| September 19, 2013 | |
| September 20, 2013 | |
| September 23, 2013 | |
| September 24, 2013 | |
| September 25, 2013 | |
| September 26, 2013 | |
| September 27, 2013 | |
| September 30, 2013 | |
| October 3, 2013 | |
| October 4, 2013 | |
| October 7, 2013 | |
| October 8, 2013 | |
| October 15, 2013 | |
| October 21, 2013 | |
| October 22, 2013 | |
| October 23, 2013 | |
| October 24, 2013 | |
| October 25, 2013 | |
| October 29, 2013 | |
| October 30, 2013 | |
| October 31, 2013 | |
| November 1, 2013 | |
| November 4, 2013 | |
| November 5, 2013 | |
| November 11, 2013 | |
| November 12, 2013 | |
| November 13, 2013 | |
| November 15, 2013 | |
| November 19, 2013 | |
| November 22, 2013 | |
| November 25, 2013 | |
| November 27, 2013 | |
| November 28, 2013 | |
| December 4, 2013 | |
| December 9, 2013 | |

**Preliminary List of Sales by Plaintiff on Days Impacted by Defendants'
Manipultive Conduct**

| Date | Plaintiff | Quantity Sold | Description |
|------|-----------|---------------|-------------|
| 1/18/2007 | Bailey | 2 | Mar 2007 CBOT Silver |
| 1/30/2007 | Bailey | 2 | Mar 2007 CBOT Silver |
| 2/1/2007 | Bailey | 1 | Mar 2007 CBOT Silver |
| 2/2/2007 | KPFF | 14 | Silver Bullion |
| 2/5/2007 | Bailey | 4 | Mar 2007 CBOT Silver |
| 2/7/2007 | Bailey | 6 | Mar 2007 CBOT Silver |
| 2/21/2007 | KPFF | 10 | Silver Bullion |
| 3/5/2007 | Nicholson | 5 | Dec 2007 COMEX Silver |
| 3/15/2007 | Bailey | 5 | May 2007 CBOT Silver |
| 3/22/2007 | Bailey | 3 | May 2007 COMEX Silver |
| 3/22/2007 | Bailey | 2 | May 2007 CBOT Silver |
| 3/26/2007 | Bailey | 4 | May 2007 COMEX Silver |
| 4/2/2007 | Bailey | 2 | May 2007 CBOT Silver |
| 4/3/2007 | Bailey | 3 | May 2007 COMEX Silver |
| 4/3/2007 | Bailey | 1 | July 2007 COMEX Silver |
| 4/4/2007 | Bailey | 2 | May 2007 CBOT Silver |
| 4/5/2007 | Bailey | 3 | July 2007 COMEX Silver |
| 4/5/2007 | Bailey | 2 | May 2007 CBOT Silver |
| 4/10/2007 | Bailey | 5 | May 2007 CBOT Silver |
| 4/13/2007 | Bailey | 1 | May 2007 COMEX Silver |
| 4/17/2007 | Bailey | 5 | May 2007 CBOT Silver |
| 4/23/2007 | Bailey | 3 | May 2007 CBOT Silver |
| 5/2/2007 | Bailey | 2 | July 2007 CBOT Silver |
| 5/3/2007 | Bailey | 3 | July 2007 CBOT Silver |
| 5/4/2007 | Bailey | 4 | July 2007 CBOT Silver |
| 5/14/2007 | Bailey | 1 | July 2007 CBOT Silver |
| 5/16/2007 | Bailey | 2 | July 2007 CBOT Silver |
| 5/29/2007 | Bailey | 1 | July 2007 CBOT Silver |
| 5/30/2007 | Bailey | 1 | July 2007 CBOT Silver |
| 6/4/2007 | Nalven | 1 | Jul 2007 COMEX Silver |
| 6/4/2007 | Bailey | 1 | July 2007 CBOT Silver |
| 6/6/2007 | Nalven | 2 | Jul 2007 COMEX Silver |
| 6/8/2007 | Nalven | 4 | Jul 2007 COMEX Silver |
| 6/13/2007 | Nalven | 1 | Jul 2007 COMEX Silver |
| 6/15/2007 | Bailey | 1 | July 2007 CBOT Silver |
| 7/5/2007 | Bailey | 2 | Sept 2007 CBOT Silver |
| 7/17/2007 | Bailey | 2 | Sept 2007 CBOT Silver |
| 8/1/2007 | Bailey | 2 | Sept 2007 CBOT Silver |
| 8/1/2007 | Bailey | 1 | Dec 2007 CBOT Silver |
| 8/2/2007 | Bailey | 1 | Dec 2007 CBOT Silver |

| 8/3/2007 | Bailey | 1 | Dec 2007 CBOT Silver |
|---|---|---|---|
| 8/8/2007 | Bailey | 3 | Sept 2007 CBOT Silver |
| 8/9/2007 | Bailey | 4 | Sept 2007 CBOT Silver |
| 8/9/2007 | Bailey | 2 | Sept 2007 COMEX Silver |
| 8/15/2007 | Bailey | 7 | Sept 2007 CBOT Silver |
| 8/17/2007 | Bailey | 1 | Sept 2007 CBOT Silver |
| 8/24/2007 | Bailey | 5 | Sept 2007 CBOT Silver |
| 8/31/2007 | Bailey | 6 | Dec 2007 CBOT Silver |
| 9/13/2007 | Bailey | 4 | Dec 2007 CBOT Silver |
| 9/14/2007 | Bailey | 4 | Dec 2007 CBOT Silver |
| 9/17/2007 | KPFF | 15 | Silver Bullion |
| 9/17/2007 | Bailey | 3 | Dec 2007 CBOT Silver |
| 9/19/2007 | Bailey | 1 | Dec 2007 COMEX Silver |
| 9/24/2007 | Bailey | 2 | Dec 2007 CBOT Silver |
| 9/24/2007 | Bailey | 2 | Dec 2007 COMEX Silver |
| 9/25/2007 | Bailey | 6 | Dec 2007 CBOT Silver |
| 10/1/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 10/1/2007 | Bailey | 2 | Dec 2007 CBOT Silver |
| 10/2/2007 | Bailey | 4 | Dec 2007 CBOT Silver |
| 10/3/2007 | Bailey | 3 | Dec 2007 CBOT Silver |
| 10/11/2007 | KPFF | 89 | 40% Silver Coin |
| 10/11/2007 | Bailey | 7 | Dec 2007 CBOT Silver |
| 10/15/2007 | Bailey | 7 | Dec 2007 CBOT Silver |
| 10/16/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 10/16/2007 | Bailey | 6 | Dec 2007 CBOT Silver |
| 10/17/2007 | Bailey | 3 | Dec 2007 CBOT Silver |
| 10/18/2007 | Bailey | 3 | Dec 2007 CBOT Silver |
| 10/22/2007 | Bailey | 8 | Dec 2007 CBOT Silver |
| 10/23/2007 | Bailey | 3 | Dec 2007 CBOT Silver |
| 10/24/2007 | Bailey | 10 | Dec 2007 CBOT Silver |
| 10/26/2007 | Bailey | 8 | Dec 2007 CBOT Silver |
| 10/30/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 10/30/2007 | Bailey | 3 | Dec 2007 COMEX Silver |
| 11/5/2007 | Bailey | 4 | Dec 2007 COMEX Silver |
| 11/6/2007 | Nalven | 2 | Dec 2007 COMEX Silver |
| 11/6/2007 | Bailey | 5 | Dec 2007 COMEX Silver |
| 11/6/2007 | Bailey | 4 | Dec 2007 CBOT Silver |
| 11/7/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 11/7/2007 | KPFF | 10 | Silver Bullion |
| 11/7/2007 | Bailey | 10 | Dec 2007 COMEX Silver |
| 11/16/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 11/19/2007 | Bailey | 4 | Dec 2007 COMEX Silver |
| 11/20/2007 | Nalven | 1 | Dec 2007 COMEX Silver |
| 11/20/2007 | Bailey | 2 | Dec 2007 CBOT Silver |

| | | | |
|---|---|---|---|
| 12/7/2007 | Nalven | 1 | Mar 2008 COMEX Silver |
| 12/11/2007 | Nalven | 2 | Mar 2008 COMEX Silver |
| 12/28/2007 | Nalven | 1 | Mar 2008 COMEX Silver |
| 12/31/2007 | Nalven | 1 | Mar 2008 COMEX Silver |
| 12/31/2007 | KPFF | 3 | Silver Bullion |
| 1/4/2008 | Nalven | 1 | Mar 2008 COMEX Silver |
| 1/11/2008 | KPFF | 10 | Silver Bullion |
| 1/15/2008 | Nalven | 2 | Mar 2008 COMEX Silver |
| 1/29/2008 | KPFF | 10 | Silver Bullion |
| 2/8/2008 | KPFF | 5 | Silver Bullion |
| 2/19/2008 | Nalven | 3 | Mar 2008 COMEX Silver |
| 2/20/2008 | Nalven | 1 | Mar 2008 COMEX Silver |
| 2/29/2008 | Nalven | 3 | May 2008 COMEX Silver |
| 3/6/2008 | Nalven | 2 | May 2008 COMEX Silver |
| 3/13/2008 | Bailey | 6 | May 2008 COMEX Silver |
| 3/14/2008 | Bailey | 14 | May 2008 COMEX Silver |
| 3/25/2008 | Nalven | 1 | May 2008 COMEX Silver |
| 3/26/2008 | Nalven | 2 | May 2008 COMEX Silver |
| 3/27/2008 | Nalven | 1 | May 2008 COMEX Silver |
| 3/27/2008 | Bailey | 3 | May 2008 COMEX Silver |
| 4/2/2008 | Bailey | 3 | May 2008 COMEX Silver |
| 4/3/2008 | Nalven | 2 | May 2008 COMEX Silver |
| 4/3/2008 | Bailey | 3 | May 2008 COMEX Silver |
| 4/9/2008 | Nalven | 1 | May 2008 CBOT Mini Silver |
| 4/9/2008 | KPFF | 1 | Silver Bullion |
| 4/9/2008 | Bailey | 1 | May 2008 COMEX Silver |
| 4/14/2008 | Bailey | 8 | May 2008 COMEX Silver |
| 4/15/2008 | Bailey | 6 | May 2008 COMEX Silver |
| 4/17/2008 | Bailey | 5 | May 2008 COMEX Silver |
| 4/22/2008 | Nalven | 1 | May 2008 CBOT Mini Silver |
| 4/22/2008 | Bailey | 4 | July 2008 COMEX Silver |
| 4/23/2008 | Bailey | 2 | July 2008 COMEX Silver |
| 4/25/2008 | Bailey | 4 | July 2008 COMEX Silver |
| 4/28/2008 | Bailey | 4 | July 2008 CBOT Silver |
| 4/30/2008 | Bailey | 2 | July 2008 COMEX Silver |
| 5/6/2008 | Nalven | 3 | Jul 2008 CBOT Mini Silver |
| 5/14/2008 | Nalven | 5 | Jul 2008 CBOT Mini Silver |
| 5/22/2008 | Nalven | 4 | Jul 2008 CBOT Mini Silver |
| 5/28/2008 | Nalven | 2 | Jul 2008 CBOT Mini Silver |
| 6/4/2008 | Bailey | 3 | July 2008 COMEX Silver |
| 6/5/2008 | Bailey | 3 | July 2008 COMEX Silver |
| 6/9/2008 | Nalven | 6 | Jul 2008 CBOT Mini Silver |
| 6/9/2008 | Bailey | 6 | July 2008 COMEX Silver |
| 6/11/2008 | Bailey | 1 | July 2008 COMEX Silver |

| 6/11/2008 | Hayes | 3 | Dec 2009 CBOT Mini Silver |
|---|---|---|---|
| 6/13/2008 | Nalven | 5 | Jul 2008 CBOT Mini Silver |
| 6/13/2008 | Bailey | 1 | July 2008 COMEX Silver |
| 6/18/2008 | Nalven | 3 | Jul 2008 CBOT Mini Silver |
| 6/18/2008 | Bailey | 2 | July 2008 COMEX Silver |
| 6/19/2008 | Nalven | 2 | Jul 2008 CBOT Mini Silver |
| 6/19/2008 | Bailey | 6 | July 2008 COMEX Silver |
| 6/30/2008 | Nalven | 5 | Jul 2008 CBOT Mini Silver |
| 6/30/2008 | Bailey | 5 | Sept 2008 COMEX Silver |
| 7/2/2008 | Nalven | 7 | Sep 2008 CBOT Mini Silver |
| 7/2/2008 | Bailey | 4 | Sept 2008 COMEX Silver |
| 7/3/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 7/3/2008 | Bailey | 11 | Sept 2008 COMEX Silver |
| 7/7/2008 | Nalven | 3 | Sep 2008 CBOT Mini Silver |
| 7/7/2008 | Bailey | 5 | Sept 2008 COMEX Silver |
| 7/8/2008 | Nalven | 3 | Sep 2008 CBOT Mini Silver |
| 7/8/2008 | Nalven | 1 | Sep 2008 COMEX Silver |
| 7/8/2008 | Bailey | 5 | Sept 2008 COMEX Silver |
| 7/9/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 7/9/2008 | Bailey | 5 | Sept 2008 COMEX Silver |
| 7/11/2008 | Nalven | 2 | Sep 2008 CBOT Mini Silver |
| 7/11/2008 | Bailey | 4 | Sept 2008 COMEX Silver |
| 7/14/2008 | Nalven | 4 | Sep 2008 CBOT Mini Silver |
| 7/14/2008 | Bailey | 2 | Sept 2008 COMEX Silver |
| 7/23/2008 | Nalven | 3 | Sep 2008 CBOT Mini Silver |
| 7/31/2008 | Nalven | 2 | Sep 2008 CBOT Mini Silver |
| 8/1/2008 | Nalven | 2 | Sep 2008 CBOT Mini Silver |
| 8/5/2008 | Nalven | 3 | Sep 2008 CBOT Mini Silver |
| 8/7/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 8/11/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 8/15/2008 | Nicholson | 4 | Dec 2008 COMEX Silver |
| 8/15/2008 | Nalven | 3 | Sep 2008 CBOT Mini Silver |
| 8/15/2008 | Nalven | 1 | Sep 2008 COMEX Silver |
| 8/15/2008 | KPFF | 28 | Silver Bullion |
| 8/18/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 8/18/2008 | Nalven | 1 | Sep 2008 COMEX Silver |
| 8/26/2008 | Nalven | 1 | Sep 2008 CBOT Mini Silver |
| 8/27/2008 | Bailey | 2 | Dec 2008 COMEX Silver |
| 8/27/2008 | Bailey | 1 | Sept 2008 COMEX Silver |
| 9/3/2008 | Bailey | 2 | Dec 2008 COMEX Silver |
| 9/9/2008 | Bailey | 1 | Dec 2008 COMEX Silver |
| 9/11/2008 | Nalven | 5 | Dec 2008 CBOT Mini Silver |
| 9/11/2008 | Bailey | 1 | Dec 2008 COMEX Silver |
| 9/24/2008 | Bailey | 3 | Dec 2008 COMEX Silver |

| 9/26/2008 | Nalven | 2 | Dec 2008 CBOT Mini Silver |
|---|---|---|---|
| 9/26/2008 | Bailey | 3 | Dec 2008 COMEX Silver |
| 9/30/2008 | Nalven | 3 | Dec 2008 CBOT Mini Silver |
| 9/30/2008 | Bailey | 4 | Dec 2008 COMEX Silver |
| 10/8/2008 | Nalven | 1 | Dec 2008 CBOT Mini Silver |
| 10/8/2008 | Bailey | 3 | Dec 2008 COMEX Silver |
| 10/9/2008 | Nalven | 2 | Dec 2008 CBOT Mini Silver |
| 10/9/2008 | Bailey | 1 | Dec 2008 COMEX Silver |
| 10/14/2008 | Bailey | 6 | Dec 2008 COMEX Silver |
| 10/16/2008 | Bailey | 4 | Dec 2008 COMEX Silver |
| 10/17/2008 | Nalven | 1 | Dec 2008 CBOT Mini Silver |
| 10/17/2008 | Bailey | 16 | Dec 2008 COMEX Silver |
| 10/28/2008 | Bailey | 7 | Dec 2008 COMEX Silver |
| 11/7/2008 | Nalven | 1 | Dec 2008 CBOT Mini Silver |
| 12/8/2008 | Nalven | 2 | Mar 2009 CBOT Mini Silver |
| 12/11/2008 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 12/12/2008 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 12/15/2008 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 12/23/2008 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 1/2/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 1/6/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 1/13/2009 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 1/13/2009 | Bailey | 1 | Mar 2009 COMEX Silver |
| 1/20/2009 | Nalven | 6 | Mar 2009 CBOT Mini Silver |
| 1/23/2009 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 1/23/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 1/27/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 1/28/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 1/29/2009 | Nalven | 8 | Mar 2009 CBOT Mini Silver |
| 2/10/2009 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 2/12/2009 | Bailey | 2 | Mar 2009 COMEX Silver |
| 2/18/2009 | Nalven | 2 | Mar 2009 CBOT Mini Silver |
| 2/18/2009 | KPFF | 13 | 40% Silver Coin |
| 2/20/2009 | KPFF | 9 | 40% Silver Coin |
| 2/20/2009 | KPFF | 2 | Silver Bullion |
| 2/23/2009 | Nalven | 5 | Mar 2009 CBOT Mini Silver |
| 2/23/2009 | Bailey | 3 | Mar 2009 COMEX Silver |
| 2/25/2009 | Nalven | 1 | Mar 2009 CBOT Mini Silver |
| 2/25/2009 | Bailey | 4 | Mar 2009 COMEX Silver |
| 3/6/2009 | Nalven | 3 | May 2009 COMEX Silver |
| 3/10/2009 | Bailey | 6 | Mar 2009 COMEX Silver |
| 3/11/2009 | Bailey | 4 | Mar 2009 COMEX Silver |
| 3/12/2009 | Nalven | 2 | May 2009 COMEX Silver |
| 3/12/2009 | Bailey | 4 | Mar 2009 COMEX Silver |

| 3/13/2009 | Nalven | 1 | May 2009 COMEX Silver |
|-----------|--------|----|---------------------------|
| 3/13/2009 | Bailey | 4 | Mar 2009 COMEX Silver |
| 3/16/2009 | Bailey | 10 | Mar 2009 COMEX Silver |
| 3/17/2009 | Bailey | 5 | Mar 2009 COMEX Silver |
| 3/23/2009 | Bailey | 4 | May 2009 COMEX Silver |
| 3/25/2009 | Bailey | 4 | May 2009 COMEX Silver |
| 3/26/2009 | KPFF | 29 | 40% Silver Coin |
| 4/1/2009 | Bailey | 12 | May 2009 COMEX Silver |
| 4/2/2009 | Bailey | 12 | May 2009 COMEX Silver |
| 4/6/2009 | Nalven | 1 | May 2009 NYSE Mini Silver |
| 4/6/2009 | Bailey | 2 | May 2009 COMEX Silver |
| 4/7/2009 | Bailey | 2 | May 2009 COMEX Silver |
| 4/8/2009 | Bailey | 3 | May 2009 COMEX Silver |
| 4/14/2009 | Bailey | 6 | May 2009 COMEX Silver |
| 4/16/2009 | Bailey | 7 | May 2009 COMEX Silver |
| 4/24/2009 | Nalven | 1 | May 2009 NYSE Mini Silver |
| 4/24/2009 | Bailey | 3 | June 2009 COMEX Silver |
| 4/24/2009 | Bailey | 1 | July 2009 COMEX Silver |
| 4/27/2009 | Bailey | 9 | July 2009 COMEX Silver |
| 4/28/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 4/29/2009 | KPFF | 1 | Silver Bullion |
| 4/29/2009 | Bailey | 3 | July 2009 COMEX Silver |
| 5/1/2009 | Bailey | 4 | July 2009 COMEX Silver |
| 5/8/2009 | KPFF | 1 | Silver Bullion |
| 5/8/2009 | KPFF | 2 | 40% Silver Coin |
| 5/11/2009 | Bailey | 11 | July 2009 COMEX Silver |
| 5/12/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 5/13/2009 | Bailey | 18 | July 2009 COMEX Silver |
| 5/15/2009 | Bailey | 8 | July 2009 COMEX Silver |
| 5/18/2009 | Bailey | 3 | July 2009 COMEX Silver |
| 5/20/2009 | KPFF | 3 | 40% Silver Coin |
| 5/20/2009 | Bailey | 6 | July 2009 COMEX Silver |
| 5/21/2009 | Bailey | 3 | July 2009 COMEX Silver |
| 5/22/2009 | Bailey | 6 | July 2009 COMEX Silver |
| 5/26/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 5/27/2009 | KPFF | 2 | Silver Bullion |
| 5/27/2009 | Bailey | 4 | July 2009 COMEX Silver |
| 6/2/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 6/4/2009 | Nalven | 1 | Jul 2009 COMEX Silver |
| 6/4/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 6/8/2009 | Nalven | 2 | Jul 2009 NYSE Mini Silver |
| 6/11/2009 | Nalven | 1 | Jul 2009 NYSE Mini Silver |
| 6/12/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 6/15/2009 | Nalven | 1 | Jul 2009 NYSE Mini Silver |

| 6/15/2009 | Bailey | 2 | July 2009 COMEX Silver |
|---|---|---|---|
| 6/17/2009 | Nalven | 2 | Jul 2009 NYSE Mini Silver |
| 6/18/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 6/19/2009 | Bailey | 6 | July 2009 COMEX Silver |
| 6/22/2009 | Bailey | 2 | July 2009 COMEX Silver |
| 6/22/2009 | Bailey | 2 | Sept 2009 COMEX Silver |
| 6/23/2009 | Bailey | 2 | Sept 2009 COMEX Silver |
| 6/24/2009 | Bailey | 4 | Sept 2009 COMEX Silver |
| 6/25/2009 | Bailey | 3 | Sept 2009 COMEX Silver |
| 6/26/2009 | Nalven | 1 | Jul 2009 NYSE Mini Silver |
| 6/26/2009 | Bailey | 2 | Sept 2009 COMEX Silver |
| 7/1/2009 | Bailey | 6 | Sept 2009 COMEX Silver |
| 7/15/2009 | Bailey | 2 | Sept 2009 COMEX Silver |
| 8/4/2009 | Nalven | 1 | Sep 2009 NYSE Mini Silver |
| 8/4/2009 | KPFF | 1 | Silver Bullion |
| 8/12/2009 | Bailey | 1 | Sept 2009 COMEX Silver |
| 8/14/2009 | KPFF | 1 | Silver Bullion |
| 8/18/2009 | Nalven | 1 | Sep 2009 COMEX Silver |
| 8/18/2009 | Nalven | 1 | Sep 2009 NYSE Mini Silver |
| 8/19/2009 | Nalven | 1 | Sep 2009 NYSE Mini Silver |
| 8/25/2009 | KPFF | 4 | Silver Bullion |
| 9/2/2009 | KPFF | 3 | Silver Bullion |
| 9/9/2009 | Bailey | 2 | Dec 2009 COMEX Silver |
| 9/10/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 9/14/2009 | Bailey | 3 | Dec 2009 COMEX Silver |
| 9/24/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 9/25/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 9/25/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 9/28/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 9/28/2009 | Bailey | 3 | Dec 2009 COMEX Silver |
| 9/29/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 10/1/2009 | Bailey | 2 | Dec 2009 COMEX Silver |
| 10/14/2009 | Bailey | 4 | Dec 2009 COMEX Silver |
| 10/16/2009 | Bailey | 3 | Dec 2009 COMEX Silver |
| 10/21/2009 | Bailey | 4 | Dec 2009 COMEX Silver |
| 10/23/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 10/26/2009 | Bailey | 2 | Dec 2009 COMEX Silver |
| 10/27/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 10/27/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 11/3/2009 | Bailey | 6 | Dec 2009 COMEX Silver |
| 11/10/2009 | Bailey | 2 | Dec 2009 COMEX Silver |
| 11/16/2009 | Bailey | 1 | Dec 2009 COMEX Silver |
| 11/17/2009 | Bailey | 3 | Dec 2009 COMEX Silver |
| 11/18/2009 | KPFF | 9 | Silver Bullion |

| 11/18/2009 | Bailey | 7 | Dec 2009 COMEX Silver |
|---|---|---|---|
| 11/19/2009 | Bailey | 4 | Dec 2009 COMEX Silver |
| 11/20/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 11/25/2009 | Nalven | 1 | Dec 2009 NYSE Mini Silver |
| 11/25/2009 | Bailey | 3 | Mar 2010 COMEX Silver |
| 11/27/2009 | Bailey | 3 | Mar 2010 COMEX Silver |
| 11/30/2009 | Nalven | 2 | Dec 2009 NYSE Mini Silver |
| 11/30/2009 | Nalven | 2 | Mar 2010 NYSE Mini Silver |
| 11/30/2009 | Bailey | 3 | Mar 2010 COMEX Silver |
| 12/2/2009 | Nalven | 1 | Mar 2010 NYSE Mini Silver |
| 12/2/2009 | Bailey | 5 | Mar 2010 COMEX Silver |
| 12/7/2009 | Bailey | 4 | Mar 2010 COMEX Silver |
| 12/14/2009 | Bailey | 1 | Mar 2010 COMEX Silver |
| 12/15/2009 | Bailey | 1 | Mar 2010 COMEX Silver |
| 12/21/2009 | Bailey | 1 | Mar 2010 COMEX Silver |
| 1/5/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 1/6/2010 | KPFF | 1 | Silver Bullion |
| 1/6/2010 | Bailey | 1 | Mar 2010 COMEX Silver |
| 1/7/2010 | Bailey | 1 | Mar 2010 COMEX Silver |
| 1/12/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 1/18/2010 | KPFF | 5 | Silver Bullion |
| 1/19/2010 | Bailey | 1 | Mar 2010 COMEX Silver |
| 1/21/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 1/29/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 2/1/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 2/4/2010 | Bailey | 2 | Mar 2010 COMEX Silver |
| 2/24/2010 | Bailey | 2 | May 2010 COMEX Silver |
| 2/26/2010 | KPFF | 2 | Silver Bullion |
| 2/26/2010 | Bailey | 2 | May 2010 COMEX Silver |
| 3/1/2010 | Nalven | 1 | May 2010 NYSE Mini Silver |
| 3/1/2010 | Bailey | 2 | May 2010 COMEX Silver |
| 3/9/2010 | Nalven | 1 | May 2010 NYSE Mini Silver |
| 3/9/2010 | Bailey | 1 | May 2010 COMEX Silver |
| 3/11/2010 | Nalven | 1 | May 2010 NYSE Mini Silver |
| 3/16/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 3/22/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 3/23/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 3/31/2010 | Bailey | 2 | May 2010 COMEX Silver |
| 4/6/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 4/7/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 4/8/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 4/15/2010 | Bailey | 4 | May 2010 COMEX Silver |
| 4/19/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 4/21/2010 | Nalven | 2 | May 2010 NYSE Mini Silver |

| 4/21/2010 | Bailey | 3 | May 2010 COMEX Silver |
|---|---|---|---|
| 4/23/2010 | Nalven | 2 | May 2010 NYSE Mini Silver |
| 4/23/2010 | Bailey | 3 | May 2010 COMEX Silver |
| 4/27/2010 | Nalven | 4 | July 2010 NYSE Mini Silver |
| 4/27/2010 | Bailey | 2 | July 2010 COMEX Silver |
| 4/28/2010 | Nalven | 2 | May 2010 NYSE Mini Silver |
| 4/28/2010 | Nalven | 2 | July 2010 NYSE Mini Silver |
| 4/28/2010 | Bailey | 5 | July 2010 COMEX Silver |
| 5/5/2010 | Nalven | 4 | July 2010 NYSE Mini Silver |
| 5/5/2010 | Bailey | 12 | July 2010 COMEX Silver |
| 5/7/2010 | DePaoli | 2 | July 2010 NYSE LIFFE Mini Silver |
| 5/7/2010 | KPFF | 3 | Silver Bullion |
| 5/11/2010 | KPFF | 7 | Silver Bullion |
| 5/13/2010 | Bailey | 10 | July 2010 COMEX Silver |
| 5/14/2010 | Bailey | 7 | July 2010 COMEX Silver |
| 5/18/2010 | Nalven | 2 | July 2010 NYSE Mini Silver |
| 5/24/2010 | Bailey | 5 | July 2010 COMEX Silver |
| 5/25/2010 | Bailey | 5 | July 2010 COMEX Silver |
| 6/1/2010 | Nalven | 6 | July 2010 NYSE Mini Silver |
| 6/1/2010 | Bailey | 7 | July 2010 COMEX Silver |
| 6/2/2010 | Bailey | 4 | July 2010 COMEX Silver |
| 6/3/2010 | Nalven | 4 | July 2010 NYSE Mini Silver |
| 6/3/2010 | Bailey | 11 | July 2010 COMEX Silver |
| 6/4/2010 | Nalven | 2 | July 2010 NYSE Mini Silver |
| 6/4/2010 | Bailey | 14 | July 2010 COMEX Silver |
| 6/7/2010 | KPFF | 2 | 1000 oz Silver |
| 6/7/2010 | Bailey | 6 | July 2010 COMEX Silver |
| 6/10/2010 | Bailey | 9 | July 2010 COMEX Silver |
| 6/22/2010 | Bailey | 5 | July 2010 COMEX Silver |
| 6/24/2010 | Bailey | 4 | July 2010 COMEX Silver |
| 6/24/2010 | Bailey | 1 | Sept 2010 COMEX Silver |
| 6/25/2010 | Nalven | 4 | July 2010 NYSE Mini Silver |
| 6/25/2010 | Nalven | 2 | July 2010 NYSE Mini Silver |
| 6/25/2010 | Bailey | 5 | Sept 2010 COMEX Silver |
| 7/2/2010 | Nalven | 2 | Sep 2010 NYSE Mini Silver |
| 7/13/2010 | Bailey | 3 | Sept 2010 COMEX Silver |
| 7/16/2010 | Bailey | 6 | Sept 2010 COMEX Silver |
| 7/20/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
| 7/22/2010 | Bailey | 3 | Sept 2010 COMEX Silver |
| 7/26/2010 | KPFF | 2 | 1000 oz Silver |
| 7/26/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
| 8/4/2010 | DePaoli | 1 | Sept 2010 COMEX Mini Silver |
| 8/4/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
| 8/6/2010 | Bailey | 3 | Sept 2010 COMEX Silver |

| 8/16/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
|---|---|---|---|
| 8/17/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
| 8/18/2010 | Bailey | 2 | Sept 2010 COMEX Silver |
| 8/18/2010 | Bailey | 2 | Dec 2010 COMEX Silver |
| 8/20/2010 | Bailey | 2 | Dec 2010 COMEX Silver |
| 8/23/2010 | Bailey | 2 | Dec 2010 COMEX Silver |
| 8/24/2010 | Bailey | 2 | Dec 2010 COMEX Silver |
| 8/31/2010 | Bailey | 3 | Dec 2010 COMEX Silver |
| 9/7/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 9/7/2010 | Bailey | 4 | Dec 2010 COMEX Silver |
| 9/15/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 9/15/2010 | Bailey | 3 | Dec 2010 COMEX Silver |
| 9/27/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 9/27/2010 | Bailey | 4 | Dec 2010 COMEX Silver |
| 9/28/2010 | Bailey | 3 | Dec 2010 COMEX Silver |
| 10/1/2010 | DePaoli | 1 | Dec 2010 COMEX Mini Silver |
| 10/1/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 10/1/2010 | Bailey | 1 | Dec 2010 COMEX Silver |
| 10/8/2010 | Nalven | 4 | Dec 2010 NYSE Mini Silver |
| 10/8/2010 | KPFF | 10 | 1000 oz Silver |
| 10/8/2010 | Bailey | 4 | Dec 2010 COMEX Silver |
| 10/12/2010 | Bailey | 10 | Dec 2010 COMEX Silver |
| 10/13/2010 | Bailey | 6 | Dec 2010 COMEX Silver |
| 10/14/2010 | Nalven | 6 | Dec 2010 NYSE Mini Silver |
| 10/14/2010 | Bailey | 6 | Dec 2010 COMEX Silver |
| 10/15/2010 | Bailey | 2 | Dec 2010 COMEX Silver |
| 10/22/2010 | Nalven | 3 | Dec 2010 NYSE Mini Silver |
| 10/22/2010 | Bailey | 1 | Dec 2010 COMEX Silver |
| 10/25/2010 | Bailey | 7 | Dec 2010 COMEX Silver |
| 10/26/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 11/2/2010 | DePaoli | 2 | Dec 2010 COMEX Mini Silver |
| 11/5/2010 | Maher | 2 | Dec 2010 COMEX Silver |
| 11/5/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 11/8/2010 | DePaoli | 1 | Dec 2010 COMEX Mini Silver |
| 11/8/2010 | Nalven | 4 | Dec 2010 NYSE Mini Silver |
| 11/12/2010 | DePaoli | 4 | Dec 2010 COMEX Mini Silver |
| 11/12/2010 | Maher | 2 | Dec 2010 COMEX Silver |
| 11/12/2010 | Nalven | 4 | Dec 2010 NYSE Mini Silver |
| 11/15/2010 | DePaoli | 2 | Dec 2010 COMEX Mini Silver |
| 11/15/2010 | Maher | 2 | Dec 2010 COMEX Silver |
| 11/15/2010 | Nalven | 3 | Dec 2010 NYSE Mini Silver |
| 11/19/2010 | Maher | 4 | Dec 2010 COMEX Silver |
| 11/19/2010 | KPFF | 10 | 1000 oz Silver |
| 11/22/2010 | Maher | 4 | Dec 2010 COMEX Silver |

| | | | |
|---|---|---|---|
| 11/22/2010 | Nalven | 4 | Dec 2010 NYSE Mini Silver |
| 11/23/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 11/23/2010 | KPFF | 10 | 1000 oz Silver |
| 11/24/2010 | DePaoli | 2 | Dec 2010 COMEX Mini Silver |
| 11/26/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 11/26/2010 | Nalven | 1 | Mar 2011 NYSE Mini Silver |
| 11/29/2010 | Maher | 6 | Mar 2011 COMEX Silver |
| 11/29/2010 | Maher | 4 | Dec 2010 COMEX Silver |
| 11/29/2010 | Nalven | 2 | Dec 2010 NYSE Mini Silver |
| 11/29/2010 | Nalven | 6 | Mar 2011 NYSE Mini Silver |
| 11/30/2010 | Maher | 2 | Mar 2011 COMEX Silver |
| 12/2/2010 | KPFF | 10 | 1000 oz Silver |
| 12/2/2010 | Bailey | 2 | Mar 2011 COMEX Silver |
| 12/3/2010 | DePaoli | 2 | Mar 2010 COMEX Mini Silver |
| 12/3/2010 | Maher | 6 | Mar 2011 COMEX Silver |
| 12/3/2010 | Nalven | 2 | Mar 2011 NYSE Mini Silver |
| 12/3/2010 | Bailey | 4 | Mar 2011 COMEX Silver |
| 12/6/2010 | Maher | 6 | Mar 2011 COMEX Silver |
| 12/6/2010 | Nalven | 3 | Mar 2011 NYSE Mini Silver |
| 12/6/2010 | Bailey | 20 | Mar 2011 COMEX Silver |
| 12/8/2010 | Maher | 6 | Mar 2011 COMEX Silver |
| 12/8/2010 | Nalven | 3 | Mar 2011 NYSE Mini Silver |
| 12/8/2010 | KPFF | 5 | 1000 oz Silver |
| 12/8/2010 | Bailey | 2 | Mar 2011 COMEX Silver |
| 12/9/2010 | Nalven | 1 | Mar 2011 NYSE Mini Silver |
| 12/9/2010 | KPFF | 5 | 1000 oz Silver |
| 12/15/2010 | Nalven | 6 | Mar 2011 NYSE Mini Silver |
| 12/15/2010 | Bailey | 2 | Mar 2011 COMEX Silver |
| 12/30/2010 | Nalven | 1 | Mar 2011 NYSE Mini Silver |
| 1/5/2011 | Maher | 2 | Mar 2011 COMEX Silver |
| 1/12/2011 | KPFF | 2 | 1000 oz Silver |
| 2/11/2011 | Maher | 5 | Mar 2011 COMEX Silver |
| 2/17/2011 | Maher | 4 | Mar 2011 COMEX Silver |
| 2/28/2011 | Maher | 21 | May 2011 COMEX Silver |
| 3/9/2011 | KPFF | 3 | 1000 oz Silver |
| 3/10/2011 | KPFF | 5 | 1000 oz Silver |
| 3/11/2011 | KPFF | 3 | 1000 oz Silver |
| 3/28/2011 | KPFF | 4 | 1000 oz Silver |
| 4/13/2011 | KPFF | 2 | 1000 oz Silver |
| 5/4/2011 | KPFF | 8 | 1000 oz Silver |
| 5/16/2011 | KPFF | 1 | 1000 oz Silver |
| 7/6/2011 | KPFF | 14 | 100 oz Silver |
| 7/20/2011 | KPFF | 12 | 1000 oz Silver |
| 8/23/2011 | KPFF | 12 | 1000 oz Silver |

| 8/25/2011 | KPFF | 2 | 1000 oz Silver |
|-----------|------|---|----------------|
| 9/19/2011 | KPFF | 1 | 1000 oz Silver |
| 9/23/2011 | KPFF | 7 | 1000 oz Silver |
| 9/26/2011 | KPFF | 3 | 100 oz Silver |
| 9/26/2011 | KPFF | 1 | 1000 oz Silver |
| 1/6/2012 | KPFF | 1 | 1000 oz Silver |
| 5/9/2012 | KPFF | 8 | 100 oz Silver |
| 5/23/2012 | KPFF | 1 | 100 oz Silver |
| 9/13/2012 | Tran | 2 | Nov 2012 COMEX Silver Call |
| 9/24/2012 | Tran | 2 | Nov 2012 COMEX Silver Call |
| 10/15/2012 | KPFF | 2 | 100 oz Silver |