USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2018

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONDON SILVER FIXING, LTD. ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 14-MD-02573-VEC<br>14-MC-02573-VEC<br><br>The Honorable Valerie E. Caproni |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion of counsel for Plaintiff J. Scott Nicholson,

IT IS HEREBY ORDERED that the motion of Garam Choe to withdraw as counsel for Plaintiff J. Scott Nicholson is granted, and Mr. Choe's appearance is withdrawn as of the date of this Order.

Dated:       8/14/2018

Honorable Valerie E. Caproni
United States District Judge