| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/4/2019 |

------------------------------------------------------------ X
IN RE:                                                       :
                                                             :    14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                                  :    14-MC-2573 (VEC)
ANTITRUST LITIGATION                                         :
                                                             :    ORDER
*This Document Relates to All Actions*                       :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 14, 2018 (Dkt. 386), the parties jointly submitted a list of discovery disputes;

WHEREAS on January 3, 2019, the parties submitted a letter indicating that they have reached a resolution as to the production of trade data outside of the class period (Dkt. 388);

WHEREAS on January 3, 2019, the parties appeared for a conference on the remaining disputes;

WHEREAS the parties indicated that they have also resolved the disputes as to responsiveness criteria and the time-window around the 12:00 P.M. Silver Fix for purposes of document discovery; and

WHEREAS the parties agreed to follow the same schedule set forth in the preceding hearing involving the case 14-MD-2548 to resolve the remaining disputes;

IT IS HEREBY ORDERED that the parties meet and confer, no later than **January 17, 2019**, on the following outstanding discovery disputes:

1. Relevant Time Period for Production: Specifically, the length of time after the end of the class period for which documents relating to changes in the Fixing process, and documents relating to the inception and demise of the conspiracy should be produced;
2. Non-Fixing Audio Files: Specifically, (i) the process to be used by HSBC to produce a sample of all calls by the four traders of interest to Plaintiffs, including the length of time such a sampling should encompass in the first instance, and (ii)

      the possibility of limited bulk production by Bank of Nova Scotia, who has such capabilities;

3. <u>Defendants' Document Request re Expert Materials</u>: Specifically, the need to disclose materials and analyses not relied upon or cited in the complaint and whether such items are subject to any privilege or other protection.

IT IS FURTHER ORDERED that, to the extent that the parties are unable to resolve any of the above issues, the party seeking the production(s) must submit a letter motion to compel such production(s) no later than **January 24, 2019**. Responses in opposition to such production(s) shall be due no later than **January 31, 2019**. Any motions to compel and any responses thereto must consolidate all disputed issues into a single submission and must not exceed ten pages in length, regardless of the number of disputes.

IT IS FURTHER ORDERED that the first monthly status report on the progress of discovery shall be due the first business day of every month, starting on **March 1, 2019**. No report shall be due on February 1, 2019.

**SO ORDERED.**

**Date: January 4, 2019**
**New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**