# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE LONDON SILVER FIXING, LTD. ANTITRUST LITIGATION | 14-MD-02573-VEC<br>14-MC-02573-VEC | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 04/21/2019 |
| This Document Relates to:<br><br>ALL ACTIONS | The Honorable Valerie E. Caproni | |

## [PROPOSED] ORDER

Valerie E. Caproni, United States District Judge:

Plaintiffs Christopher Depaoli and Kevin Maher motion for an order directing the withdrawal of Hugh Sandler as their counsel, and for Hugh Sandler to be removed from this action's ECF service list, is GRANTED.

Dated: New York, New York
April 21, 2019

SO ORDERED:

_____
HON. VALERIE E. CAPRONI
United States District Judge