UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LONDON SILVER FIXING, LTD. ANTITRUST LITIGATION<br><br>*This Document Relates to All Actions* | Case Nos.   14-MD-2573 (VEC)<br>                 14-MC-2573 (VEC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _11/13/2019_

**ORDER**

UPON consideration of the November 12, 2019 Letter Motion of Plaintiffs seeking to clarify the permitted redactions and other protections to be employed in Defendants' document productions;

UPON Defendants not opposing such motion; and

UPON all prior proceedings herein,

NOW THEREFORE, it is hereby ORDERED that Defendants shall not redact customer names, for purposes of complying with the common law of England and Wales, contained in documents being produced (other than tabulated data).

Date: 11/13/2019            _____
                                          Valerie E. Caproni, U.S.D.J.