```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
IN RE:                                              :
                                                    :           14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                         :           14-MC-2573 (VEC)
ANTITRUST LITIGATION                                :
                                                    :                ORDER
*This Document Relates to All Actions*              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 25, 2020, Plaintiffs moved for approval of their proposed class notice plan and distribution plan as to their settlement with Deutsche Bank, Dkt. 449;

IT IS HEREBY ORDERED that the parties to the settlement appear for a teleconference to discuss Plaintiffs' motion, on **July 24, 2020, at 2:00 P.M.** All interested parties and members of the public are to attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 2573. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date:  July 21, 2020
       New York, NY                         _____
                                            **VALERIE CAPRONI
                                            United States District Judge**