USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

IN RE:

LONDON SILVER FIXING, LTD.,
ANTITRUST LITIGATION

*This Document Relates to All Actions*

------------------------------------------------------------ X

14-MD-2573 (VEC)
14-MC-2573 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 22, 2021, the parties called Chambers with a discovery dispute;

IT IS HEREBY ORDERED that a telephone conference is scheduled for **Wednesday, June 23, 2021 at 2:30 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 2573. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: June 22, 2021
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**