USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
IN RE:                                              :
                                                    :          14-MD-2573 (VEC)
LONDON SILVER FIXING, LTD.,                         :          14-MC-2573 (VEC)
ANTITRUST LITIGATION                                :
                                                    :          ORDER
*This Document Relates to All Actions*              :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 29, 2021, the parties appeared for a status conference in this matter;

IT IS HEREBY ORDERED that for the reasons stated at the conference, the motion to quash the deposition subpoena filed by non-party witness Michael Connolly is GRANTED.

IT IS FURTHER ORDERED that the parties must continue to meet and confer on the remaining fact discovery issues. Until the parties complete all remaining fact discovery, the requirement that the parties file joint monthly fact discovery reports remains in effect. *See* Order, Dkt. 371.

IT IS FURTHER ORDERED that the Court adopts the following schedule for class certification and related expert discovery:

1. Plaintiffs to file their motion for class certification and supporting papers, including serving expert reports on Defendants, by **Tuesday**, **November 23, 2021**;

2. Defendants' depositions of Plaintiffs' experts must be complete by no later than **Monday, April 4, 2022**;

3. Defendants to file their opposition papers to class certification, including serving expert reports on Plaintiffs by **Friday, May 6, 2022**;

4. Plaintiffs' depositions of Defendants' experts must be complete by no later than **Wednesday, June 29, 2022**;

5. Plaintiffs to file their reply papers on class certification, including serving rebuttal expert reports on Defendants by **Friday, July 29, 2022**; and

6. Defendants' depositions of Plaintiffs' rebuttal experts must be complete by no later than **Friday, August 26, 2022**.

The Clerk of Court is respectfully directed to close the open motion at docket entry 542.

**SO ORDERED.**

**Date: July 29, 2021**
**New York, NY**

                                                                                          _____
                                                                                          **VALERIE CAPRONI**
                                                                                          **United States District Judge**